UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| PJ CHEESE INC, et al., | ) |
| Plaintiffs, | ) |
| vs. | ) Case No.: 2:25-cv-00500-NAD |
| DAITON ASHMORE, et al., | ) |
| Defendants. | ) |

## **O R D E R**

On May 12, 2025, Defendants filed a motion to dismiss. (Doc. 7). Pursuant to the "General Order For Referral Of Civil Matters To The United States Magistrate Judges Of The Northern District Of Alabama," dated January 2, 2015, the parties are **REQUIRED** to enter an election regarding the exercise of dispositive jurisdiction by Magistrate Judge Nicholas A. Danella pursuant to 28 U.S.C. § 636(c) by no later than **June 26, 2025**. In the absence of consent by all parties, the Clerk is hereby **DIRECTED** to reassign the case to a randomly drawn district judge without further order after **June 26, 2025**.

A telephone status conference is **SET** for **1:00 PM** on **June 4, 2025**. The parties are **DIRECTED** to call 205-931-0422 to access the telephone conference. The access code is 556 711 891#. The parties should call in five minutes prior to

1

the start time of the conference. The telephone conference will be cancelled by separate order if all parties have submitted their elections beforehand.

**The parties are directed to use the magistrate judge consent form on the CM/ECF system to elect or decline the exercise of magistrate judge jurisdiction.** Unlike in the past, a party can now complete the consent form electronically and submit it through the Court's CM/ECF filing system at the following web address: https://ecf.alnd.uscourts.gov. If a party submits the form electronically, the form will be delivered directly to the Clerk. It will not be filed on the docket sheet, and no judge will have access to the form. Alternatively, a party may print the form, complete it manually, and submit it to the Clerk's office. A failure to complete the form and submit it, either electronically or manually, to the Clerk will result in the case being reassigned after June 26, 2025.

Each party may decline magistrate judge jurisdiction without adverse consequences. The identity of any party who consents to magistrate judge jurisdiction will remain unknown to the undersigned unless consent is unanimous. The undersigned will only learn of a party's election to consent where all parties have consented. In the event fewer than all parties elect to consent, the Clerk will not inform the undersigned of the identity of the non-consenting party/parties. If all parties consent, Magistrate Judge Danella will exercise full and final dispositive

jurisdiction, and all appeals will lie directly with the Eleventh Circuit Court of Appeals.

**DONE** and **ORDERED** this May 13, 2025.

_____
**NICHOLAS A. DANELLA**
UNITED STATES MAGISTRATE JUDGE